**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

YAAR MOHAMMAD NOORI,                    CIVIL ACTION NO. 26-0456
A221-391-595

VERSUS
                                        JUDGE ALEXANDER C. VAN HOOK
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT                             MAGISTRATE JUDGE LEBLANC

## <u>ORDER</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 3, and after an independent and de novo review of the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Petitioner's motion for appointment of counsel, Record Document 2, is **DENIED** and his petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for relief under 28 U.S.C. § 2241.

**DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of April, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**